### 11675.  HILLSMAN v. THE STATE.

BLOODWORTH, J.   1. The alleged newly discovered evidence being cumulative and impeaching in its character, the trial judge did not abuse his discretion in overruling this ground of the motion for a new trial.

2. There is sufficient evidence to support the verdict, which has the approval of the judge who tried the case, and the judgment is
                    *Affirmed.   Broyles, C. J., and Luke, J., concur.*

                    DECIDED NOVEMBER 11, 1920.

Conviction of manslaughter; from Oconee superior court — Judge Cobb, June 8, 1920.

*Wolver M. Smith, John B. Gamble,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.